IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LANDRIC RUSSELL,**

    **Plaintiff,**

**v.**                                               Case No. 4:23-cv-95-AW-MAF

**FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES and
WAYLON S. LEWIS,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

After Plaintiff disregarded a court order and deadline, the magistrate judge recommended dismissal. I have considered the magistrate judge's June 28, 2023 report and recommendation, ECF No. 9, to which there has been no objection. I agree with the magistrate judge and conclude that the case should be dismissed. Plaintiff has apparently abandoned it. I now adopt the report and recommendation and incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." All pending motions are denied as moot. The clerk will close the file.

SO ORDERED on July 31, 2023.

                                                                    s/ *Allen Winsor*
                                                                      United States District Judge